MARGARET REARDON v. MARYLANE, INC., ETC.

May 1, 1979. Leave to appeal is granted. (See 167 *N.J.Super.* 11).

MICHAEL ROMAN v. ROBERT MITCHELL, JR.

May 1, 1979. Petition for certification granted. (See 165 *N.J.Super.* 68)

STATE OF NEW JERSEY v. KENNETH ROBINSON.

May 1, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. LEROY BUNTING.

May 1, 1979. Petition for certification denied.

SUZANNE A. REID v. LIVINGSTON ROLLER RINK, INC.

May 1, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN H. RUSHWORTH.

May 1, 1979. Petition for certification denied.